UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
MAR - 2 2007
AT 8:30____M
WILLIAM T. WALSH
CLERK

UNITED STATES OF AMERICA

VS

DANIEL MCGLONE

ORDER FOR RETURN OF DEPOSIT OF BAIL

RECOG# NEW1125
07-MG-3025-01

It appearing to the Court that the above-named defendant was held in bail by the United States District Court for the District of New Jersey for appearance before this Court and that the sum of, ONE HUNDRED THOUSAND DOLLARS, ($100,000.00), was deposited in the registry of this Court as security for the said recognizance, and it further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record, it is on this 1st day of MARCH, 2007.

PURSUANT TO A RULE 5 HEARING, IT IS ORDERED THAT THE BAIL SECURED BY THE U.S. DISTRICT COURT N.J., IN THE AMOUNT OF ($100,000.00), BE TRANSFERRED TO THE U.S. DISTRICT COURT OF RHODE ISLAND.

GARRETT E. BROWN, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT