UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :
:
v. :
:
DANIEL MCGLONE :

Case No. 07-3025-01(PS)

Affidavit re: Appearance Bond
(Cash Surety)

AFFIDAVIT BY OWNER OF CASH SURETY

Jacques Catalano, Esq.

I, ________, on oath say that I reside at ___ REDACTED
and that the $100,000.00 cash deposited as security on the foregoing bond is owned by me and is to be returned to me at the above address upon exoneration of this bond.

I hereby subject said funds to the provision of Local Cr. Rule 46.1 and consent and agree that in case of default or contumacy on the part of the principal, the Court may proceed summarily and render judgment against said cash security in accordance with my obligation herein and award execution thereon.

Sworn to and subscribed before me
this 22nd day of February 2007

[signature] Anderson
Deputy Clerk

[signature]
Signature of Cash Security