1288388

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

DANIEL MCGLONE

**WARRANT FOR ARREST**

CASE NUMBER: CR 07-22-01S

FEB 2 2007

RHODE ISLAND

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest DANIEL MCGLONE
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to distribute anabolic steroids and human growth hormone
Distribution of human growth hormone
Distribution of anabolic steroids
Health Care Fraud

in violation of Title 18; 21 United States Code, Section(s) 371 2, 1347, 1956(a)(1); 333(e)(1), 841(a)(1)(b)(1)(D)

| | |
|---|---|
| Jeannine Noel | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| J. Noel | February 21, 2007 Providence, RI |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at North Brunswick, NJ by FDA | | |
| DATE RECEIVED 02/21/2007 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER S Wyant |
| DATE OF ARREST 02/22/2007 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.