UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 07-22-01S |
| | ) | |
| DANIEL MCGLONE | ) | |

MOTION TO EXTEND TIME TO FILE NOTICE OF LIEN

Now comes the defendant in the above entitled matter and moves to extend the time to file the notice of lien secured by equity as ordered by this Court. The defense moves that the time to file the same be extended to and through April 12, 2007. In support of said motion, the defense submits the attached memorandum of law.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161 (h)(1)(f), of an uncertain amount, but at least 30 days.

There has been no previous delay related to the subject matter of this motion, which is excludable

DANIEL MCGLONE
By his Attorney,

/s/Robert B. Mann_____________

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 22nd day of March, 2007, I did send a true copy of the within document by electronic means (ECF) to:

Adi Goldstein, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 07-22-01S |
| | ) | |
| DANIEL MCGLONE | ) | |

MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO EXTEND TIME TO FILE NOTICE OF LIEN

The defendant in this case was released on bond and allowed to and through March 22, 2007, in which to file the Notice of Lien secured by equity in the property. Since the time of that Court hearing, the defense has obtained a title report on the property and an appraisal of the property. These were provided to the Government on March 19, 2007. On this date, March 22, 2007, the Government has signed the Notice of Lien and the Clerk of the Court has signed the same. Counsel for the defendant will mail the notice of lien to counsel in New Jersey. Counsel in New Jersey will then seek to record the notice of lien, obtain the record of the recording from the proper New Jersey authorities, and return that record to the undersigned to be filed with the Court.

Because of the required steps to be taken as outlined above, counsel has requested the extra time to file the notice of lien.

DANIEL MCGLONE
By his Attorney,

/s/Robert B. Mann____________

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 22nd day of March, 2007, I did send a true copy of the within document by electronic means (ECF) to:

Adi Goldstein, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net