UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 07-22-01S |
| | ) | |
| DANIEL MCGLONE | ) | |

SECOND MOTION TO EXTEND TIME TO FILE NOTICE OF LIEN

Now comes the defendant in the above entitled matter and moves to extend the time to file the notice of lien secured by equity as ordered by this Court. The defense moves that the time to file the same be extended to and through May 3, 2007. In support of said motion, the defense submits the attached memorandum of law.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161 (h)(1)(f), of an uncertain amount, but at least 30 days.

There has been no previous delay related to the subject matter of this motion, which is excludable

DANIEL MCGLONE
By his Attorney,

/s/Robert B. Mann_____________
Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 12th day of April, 2007, I did send a true copy of the within document by electronic means (ECF) to:

Adi Goldstein, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 07-22-01S |
| | ) | |
| DANIEL MCGLONE | ) | |

MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO EXTEND TIME TO FILE NOTICE OF LIEN

The defendant in this case was released on bond and allowed to and through March 22, 2007, in which to file the Notice of Lien secured by equity in the property. The time was thereafter extended to April 12, 2007. Since the last extension of time, the defense has attempted to file the lien, which was signed by the Government and the Clerk of this Court, in the New Jersey land records. The Morris County Clerk's office rejected the notice of lien, stating "We do not record in this format." A copy of the letter from counsel in New Jersey attempting to record this document and a copy of the notice from the County Clerk's office rejecting the lien were received in this office on April 9, 2007, and provided to the Government on April 10, 2007. At present the Government and the Defense are attempting to ascertain the acceptable format for filing in the Morris County Clerk's office.

For the reasons set forth above, counsel has requested the extra time to file the notice of lien in an acceptable format.

DANIEL MCGLONE
By his Attorney,

/s/Robert B. Mann____________
Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 12th day of April, 2007, I did send a true copy of the within document by electronic means (ECF) to:

Adi Goldstein, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net