UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 07-22-01S |
| | ) | |
| DANIEL MCGLONE | ) | |

MOTION TO EXTEND TIME AND VACATE TRIAL ASSIGNMENT DATE

Now comes the defendant in the above entitled matter and moves as follows:

1) That the time for filing pretrial motions be extended to and through July 9, 2007;

2) That the time for responses/oppositions to any pretrial motions be extended to and through July 30, 2007;

Essentially, this motion seeks to extend the time to file pretrial motions by three additional weeks and then provides three weeks to file responses and objections.

The motion is filed after consultation with the Government and with the assent of the Government. The motion is based on the fact that the parties have been actively involved in seeking to negotiate a plea agreement and anticipate having a signed plea agreement prior to July 9.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161 (h)(1)(f), of an uncertain amount, but at least 21 days.

There has been previous delay related to the subject matter of this motion, which is excludable of an amount of at least 70 days.

DANIEL MCGLONE
By his Attorney,

/s/Robert B. Mann____________
Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 15th day of June, 2007, I did send a true copy of the within document by electronic means (ECF) to:

Adi Goldstein, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 07-22-01S |
| | ) | |
| DANIEL MCGLONE | ) | |

MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO EXTEND TIME AND VACATE TRIAL ASSIGNMENT DATE

For the reasons set forth in the motion, the defense requests the extension of time and vacation of the trial date.

DANIEL MCGLONE
By his Attorney,

/s/Robert B. Mann____________
Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 15th day of June, 2007, I did send a true copy of the within document by electronic means (ECF) to:

Adi Goldstein, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net