UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 07-22-01S |
| | ) | |
| DANIEL MCGLONE | ) | |

MOTION TO EXTEND TIME

Now comes the defendant in the above entitled matter and represents that the defendant and government have jointly moved to continue the sentencing date in this matter. In the event that the Court denies the motion to continue the sentencing date, the defendant and government move that each be allowed 10 days from the date of any such denial in which to file any sentencing motions and memoranda including those related to departures and/or variations from the guidelines.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

The defense does not believe that 18 U.S.C. Section 3161 (h)(1)(f), is implicated by this motion.

DANIEL MCGLONE
By his Attorney,

/s/Robert B. Mann____________
Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 14th day of July, 2008, I did send a true copy of the within document by electronic means (ECF) to:

Adi Goldstein, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 07-22-01S |
| | ) | |
| DANIEL MCGLONE | ) | |

MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO EXTEND TIME

For the reasons set forth in the motion, the defense requests the extension of time for both the government and the defense as to the filing of sentencing motions and memoranda.

DANIEL MCGLONE
By his Attorney,

/s/Robert B. Mann____________
Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 14th day of July, 2008, I did send a true copy of the within document by electronic means (ECF) to:

Adi Goldstein, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net