IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 07-0022-S |
| v. | |
| DANIEL McGLONE | |

## FINAL ORDER OF FORFEITURE

Having entered a Preliminary Order of Forfeiture with respect to Defendant Daniel McGlone's interest in the following properties, which are collectively referred to as the "Subject Properties": (1) $87,982.29 seized from Commerce Bank (New Jersey) account Number 7862768574, (2) $39,240.49 seized from Commerce Bank (New Jersey) account number 7862768574, (3) Check Number 9846 drawn on R-G Crown Bank (Florida) account number 0800041972 in the name of Signature Pharmacy, in the amount of $17,721.82, (4) one 2006 red Dodge Viper, VIN #1B3JZ69Z96V100996, and (5) one 2002 red Dodge Viper, VIN #1B3ER69E02V102936; and

Notice of Forfeiture having been published on the government's official internet site, www.forfeiture.gov, for 30 consecutive days, from and including March 4, 2009 to April 2, 2009, which provided all third parties notice sufficient to petition the Court within thirty days of April 2, 2009; and (C) no petitions by any third party having been filed within thirty days of April 2, 2009;

It is hereby ORDERED, ADJUDGED and DECREED that the Subject Properties are forfeited to the United States of America, and the United States Marshal is authorized and

ordered to dispose of said Subject Properties according to law.

BY ORDER:

_____

ENTER:

_____
WILLIAM E. SMITH
UNITED STATES DISTRICT JUDGE

5/29/09